IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.J.W and S.W.W.<br>By and Through Their Parents, Brian Wilson<br>and Linda Wilson<br>    Plaintiffs,<br><br>v.<br><br>LEE'S SUMMIT R-7 SCHOOL DISTRICT,<br>et al.<br>    Defendants. | Case No. 12-00285-CV-W-HFS |

**ORDER**

After holding a preliminary injunction hearing, and having stated findings and reasons for this order in open court, it is hereby ORDERED that plaintiffs' motion for relief pending litigation (Doc. 3) is GRANTED, effective April 9, 2012, and that defendants will be temporarily enjoined on that date from enforcing the suspension of plaintiffs until further order of the court. Defendants shall restore plaintiffs to all school privileges that they held as of December 13, 2011. No credit for studies after April 9, 2012, shall be required, unless it would be given to other students who were absent during the period of the suspension.

It is SO ORDERED.

                                       /s/ Howard F. Sachs
                                       HOWARD F. SACHS
                                       UNITED STATES DISTRICT JUDGE

March  23 , 2012

Kansas City, Missouri