IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

S.J.W. and S.W.W. )
By and Through Their Parents, Brian Wilson )
and Linda Wilson )
    Plaintiffs, )
                   )
    v. )   Case No. 12-00285-CV-W-HFS
                   )
LEE'S SUMMIT R-7 SCHOOL DISTRICT, )
et al. )
    Defendants. )

**ORDER**

      While I have no objection to defendants' motion relating to documents on appeal (Doc. 41) I believe the Court of Appeals has the prerogative to direct placing briefing and exhibits under seal. Absent citation of authority to grant the motion, I will take no action on that aspect of the pending motion at this time. Exhibits already on file, under seal or otherwise, may remain in the condition they are currently.

      Being informally advised that in Doc. 41 defendants also seek a stay pending appeal, such a request is DENIED.

                                          /s/ Howard F. Sachs
                                          HOWARD F. SACHS
                                          UNITED STATES DISTRICT JUDGE

March 27, 2012

Kansas City, Missouri