IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

S.J.W and S.W.W.                          )
By and Through Their Parents, Brian Wilson)
and Linda Wilson                          )
      Plaintiffs,                       )
                                          )
      v.                                )     Case No. 12-00285-CV-W-HFS
                                          )
LEE'S SUMMIT R-7 SCHOOL DISTRICT,)
et al.                                    )
      Defendants.                       )


**MINUTE SHEET**


=======================================================================

**Nature of Proceeding:** Telephone Conference

**Time Commenced:**   9:30 a.m.               **Time Terminated:** 10:05 a.m.

**Plaintiff by:**   Aaron Schwartz             **Defendant by:** Jessica Bernard
                  Christina Pyle

| Remarks: | Witness Testifying |
|---|---|
| Discussion as to clarification regarding scope of prior order. | |


Court Reporter: Denna Lamken          Law Clerk: Karen Graves