IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| S.J.W., a minor<br>by and through his parents,<br>Brian Wilson and Linda Wilson,<br><br>S.W.W. a minor,<br>by and through his parents,<br>Brian Wilson and Linda Wilson,<br><br>Plaintiffs,<br><br>v.<br><br>Lee's Summit R-7 School District, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:12-0285-CV-W-HFS |

**SCHEDULING ORDER**

Pursuant to Local Rule 16.1(d) and on the direction of this court, defendants filed a proposed scheduling order on June 21, 2012. (Doc 63). Plaintiffs filed a proposed scheduling order on June 22, 2012. (Doc 64). The proposed deadlines were similar except for a dispute involving the deadline for amendment of the pleadings. In addition, although the defendants acquiesced to the plaintiffs' proposed schedule, defendants stated that the four month discovery period was insufficient given the number of witnesses plaintiffs planned to depose. After taking the matter under advisement, the court hereby establishes the following deadlines in this matter. Accordingly, it is hereby

ORDERED that:

1. All discovery should be commenced and served in time to be completed on or before December 17, 2012.

2. All discovery motions should be filed no later than December 17, 2012.

3. All dispositive motions should be filed no later than January 11, 2013.  **The parties are requested to submit courtesy paper copies to chambers of all dispositive motions and all briefing associated with such motions.  Lengthy and numerous exhibits must be tabbed and bound.**

4. On or before February 6, 2013, the parties are to file witness and exhibit lists, together with statements of anticipated length of the trial and whether a jury trial should be scheduled. Lists shall include all potential witnesses and exhibits except those to be used for the sole purpose of unanticipated rebuttal or impeachment.

5. The parties are to meet, in person, on or before February 19, 2013, to produce each of their exhibits for inspection and agree on all exhibits for which objection will be waived as to admissibility on the ground of lack of identification.

6. The parties are to meet, in person, on or before March 4, 2013, to agree upon a proposed pretrial order containing the following:

    a. a statement of the nature of the action, including a designation of the parties and a list of the pleadings raising the issues,

    b. a statement of the facts and legal authority upon which federal jurisdiction is based,

    c. a stipulation of uncontroverted facts,

    d. a list of reservations by any party to the stipulation of uncontroverted facts,

    e. a list of facts that, although not admitted, are not to be contested at trial by evidence to the contrary,

    f. a list of exhibits expected to be offered at trial, with a description of each sufficient for identification, and a statement of all admissions by and all issues between any of the parties as to the genuineness thereof, together with a statement of any objections reserved as to the admissibility in evidence thereof.

    g. In addition, the parties are strongly encouraged, although not required, to include in the proposed pretrial order a statement of factual and legal issues remaining to be

litigated.

7. The parties are to file the proposed pretrial order on or before April 15, 2013. If agreement is impossible, separate pretrial orders should not be filed, but any disputes concerning the proposed order should be set forth in the proposed pretrial order. The proposed pretrial order should be filed in accordance with the general rules governing the filing of pleadings, and **the parties are requested to submit a courtesy paper copy to chambers along with courtesy paper copies of the relevant pleadings identified in the proposed pretrial order.**

8. As the undersigned does not automatically receive copies of pleadings and other documents filed in the CM/ECF system, the parties are also requested to submit courtesy paper copies to chambers of all documents filed during trial or within three days prior to trial.

9. The parties have informed the court that they anticipate that three to ten days will be required to try this action. Since the undersigned no longer presides over jury trials, this matter will be set for trial after any dispositive motions have been resolved. If neither party intends to file a dispositive motion, then the parties should inform the Court that no such motions will be filed and request a trial date.

SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October  15 , 2012

Kansas City, Missouri