IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| S.J.W., A Minor<br>By and Through His Parents,<br>Brian Wilson and Linda Wilson,<br><br>S.W.W., A Minor,<br>By and Through His Parents,<br>Brian Wilson and Linda Wilson,<br><br>                Plaintiffs,<br>  vs.<br><br>LEE'S SUMMIT R-7 SCHOOL<br>DISTRICT, *et al*.<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-00285-CV-W-HFS |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF STEVEN WILSON

**COMES NOW** Jessica M. Bernard and the law firm of Ensz & Jester, P.C., and gives notice to all parties and/or their attorneys of record that the Defendants, pursuant to Mo.Civ.Pro. 57.03, will take the videotaped deposition of Plaintiff **Steven Wilson on Thursday, December 13, 2012, starting at 9:00 a.m., to be held at the office of Ensz & Jester, PC**, in the above-captioned matter. The deposition shall be recorded by a certified shorthand reporter or before any other certified shorthand reporter or notary public who is authorized by law to take deposition. The deposition will be taken upon oral examination at said time and place and will continue from day to day until the deposition is complete.

Please take further notice that such deposition shall be recorded by a certified shorthand reporter or notary public who is authorized by law to take deposition. The name of the court reporting service is AAA Court Reporters, 8001 Conser, Suite 200, Overland Park, Kansas 66204, (913) 385-2699. The name of the videography service is Christopher Video, 1100 Main Street, Suite 2190, Kansas City, Missouri 64105, (816) 471-7800.

ENSZ & JESTER, P.C.

  /s/ Jessica M. Bernard

| Robert O. Jester | Mo 23465 |
|---|---|
| Matthew J. Gist | Mo 54732 |
| Jessica M. Bernard | Mo 58980 |

2121 City Center Square
1100 Main Street
Kansas City, MO  64105
Telephone:     816-474-8010
Facsimile:     816-471-7910
e-mail: rjester@enszjester.com
        mgist@enszjester.com
        jbernard@enszjester.com
***Attorneys for Defendants***

## Certificate of Service

The foregoing was sent *via* U.S. Postal Service, postage prepaid, this 6th day of December, 2012 to:

Kevin D. Weakley
Aaron E. Schwartz
Wallace, Saunders, Austin, Brown & Enoch, Chtd.
2300 Main Street, Ste. 900
Kansas City, Missouri 64106
***Attorney for Plaintiffs***

  /s/ Jessica M. Bernard_____
***Attorney for Defendants***